E-Filed: **10/8/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN PESAYCO** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BANK OF AMERICA, N.A., ET AL.,** ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **CASE NO. CV 09-3924-GHK (PLAx)** <br><br> **JUDGMENT** |

Based on our October 8, 2009 Order granting Defendants Bank of America, N.A. and PRLAP, Inc.'s Motion to Dismiss against Plaintiff, **IT IS HEREBY ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Plaintiff shall take nothing by his Complaint.

**IT IS SO ORDERED**.

DATED: October 8, 2009

_____
GEORGE H. KING
United States District Judge